# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Adam Fox, Barry Croft, Ty Garbin, Kaleb Franks,<br>Daniel Harris and Brandon Caserta<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)          1:20-mj-416<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2020 to the present__ in the county of __Kent and elsewhere__ in the __Western__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

RICHARD TRASK, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2020

*Judge's signature*

City and state: Grand Rapids, Michigan         Sally J. Berens, U.S. Magistrate Judge
*Printed name and title*