## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Ty Garbin | | | Mag. Judge: Sally J. Berens |
|---|---|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-mj-00416-SJB | 10/16/2020 | 10:06 a.m. - 12:48 p.m.<br>1:41 p.m. - 2:22 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils R. Kessler, Austin Hakes | Gary Springstead, Mark Satawa | Retained |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Initial Pretrial Conference<br>✓ Detention   (waived __)<br>✓ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for ____<br>__ Other: _____<br><br>Court to Issue:<br>__ Report & Recommendation<br>✓ Order of Detention<br>__ Order to file IPTC Statements<br>✓ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: | Guilty Plea to Count(s) ____<br>of the ____<br>Count(s) to be dismissed at sentencing:<br><br>Presentence Report:<br>  __ Ordered    __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Continued preliminary hearing; cross examination of Government's witness FBI SA Richard Trask. | Imprisonment: ____<br>Probation: ____<br>Supervised Release: ____<br>Fine: $ ____<br>Restitution: $ ____<br>Special Assessment: $ ____<br>Plea Agreement Accepted:    __Yes  __No<br>Defendant informed of right to appeal:    __Yes  __No<br>Counsel informed of obligation to file appeal: __Yes  __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Status Conference |
| **Reporter/Recorder:** Glenda Trexler | **Courtroom Deputy:** J. Lenon |