UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

TY GERARD GARBIN

        Defendant(s).

Case No. 1:20-cr-00183-RJJ

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

-FBI Report of Custodial Interrogation (also audio/video recorded)

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by January 15, 2021.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

-Audio recordings (covert surveillance)
-Audio/video recording of custodial interview
-Text messages, chats
-Audio/video recordings sent through social media

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by January 15, 2021.

B.   Defendant's Prior Record (Rule 16(a)(1)(D))

☐   The Government has made due inquiry and is not aware of any prior criminal record.

☒   The Government has disclosed defendant's prior criminal history.

☐   The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C.   Documents and Tangible Objects (Rule 16(a)(1)(E))

☐   The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒   The Government has the following documents, tangible objects, and physical evidence:
   ☐ Drug Paraphernalia    ☐ Drug Records    ☐ Inventory (attached)
   ☐ Controlled Substances: _____
   ☐ Records: _____
   ☒ Firearms:    See returns on warrants listed below
   ☒ Other:    See returns on warrants listed below

☒   The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
   ☐ State
   ☒ Federal:
      Case No. 20-mj-412 (Luther)   Re: 20-mj-349, 392, 393, 394, 396 (ping)
      Case No. _____   Re: 20-mc-505016-10 (electronic devices)
      Case No. _____   Re: 20-mc-50516-7 (residence and vhc)

☐   They have been made available for inspection and copying by defense counsel.
☒   Defense counsel should make arrangements with:
   FBI Special Agent Todd Reinick

D.   Reports of Examinations and Tests (Rule 16(a)(1)(F))

☐   The Government has no reports of examinations or tests required to be disclosed by Rule 16.
☒   The Government has or expects to have reports of the following examinations and tests:
   ☐ Drug Analysis    ☒ Handwriting    ☒ Fingerprints
   ☐ DNA    ☒ Firearms/Nexus    ☒ Gun Operability
   ☒ Computer Forensics    ☒ Other: 3D Rendering of Luther Property

E.   Reciprocal Discovery

☒   The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ___3 weeks___ .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:
To benefit from concessions by the government, Defendant must enter plea agreement 4 weeks before the final pretrial conference.

Date ___December 17, 2020___   ___Austin J. Hakes___
Counsel for the United States