UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN SMITH,

    Plaintiff,

v.

DAN MALEY,

    Defendant.

Case No. 1:18-cv-961-RJJ-PJG

Hon. Robert J. Jonker

## STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL

Plaintiff Sean Smith and Defendant Dan Maley hereby stipulate, under Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Date:  June 28, 2021

**HAMILTON LAW, PLC**

/s/ Philip E. Hamilton
_____
Philip E. Hamilton (P68814)
Attorneys for Plaintiff Sean Smith

Date:  June 28, 2021

**MILLER CANFIELD PADDOCK & STONE**

/s/ Leigh Schultz
_____
Leigh Schultz (P71038)
Attorneys for Dan Maley

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that this action be, and hereby is DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. This a final order that closes the case.

Dated: _____    _____
                                                      HON. ROBERT J. JONKER
                                                     UNITED STATES DISTRICT JUDGE