UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                         Case No. 1:20–cr–183

v.                                                  Hon. Robert J. Jonker

TY GERARD GARBIN,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:             January 27, 2021   11:00 AM
Chief Judge:          Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI


                                               ROBERT J. JONKER
                                               Chief United States District Judge

Dated:  January 21, 2021        By:   /s/ Susan Driscoll Bourque
                                                    Case Manager