# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. TY GERARD GARBIN | DISTRICT JUDGE: Robert J. Jonker |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-CR-183 | 1/27/21 | 11:00 - 11:41 a.m. | Grand Rapids | |

### APPEARANCES

| Government: Nils Kessler / Austin Hakes | Defendant: Mark Satawa / Gary Springstead | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute   [ ] nolo contendre
  - [ ] not guilty   [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention   (waived [ ])
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [✓] Change of Plea
- [ ] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [✓] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ___

### CHANGE OF PLEA
Charging Document:
- [✓] Read   [ ] Reading Waived

Guilty Plea to Count(s) ___ of the Indictment

Count(s) to be dismissed at sentencing: ___

- [✓] Presentence Report Ordered
- [ ] Presentence Report Waived
- [✓] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: ___
Probation: ___
Supervised Release: ___
Fine: $ ___
Restitution: $ ___
Special Assessment: $ ___

Plea Agreement Accepted:  [ ] Yes  [ ] No
Defendant informed of right to appeal:  [ ] Yes  [ ] No
Counsel informed of obligation to file appeal:  [ ] Yes  [ ] No

Conviction Information:
  Date: ___
  By: ___
  As to Count (s): ___

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Glenda Trexler | **Case Manager:** S. Bourque |