UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:20–cr–183

v.                                   Hon. Robert J. Jonker

TY GERARD GARBIN,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:             July 8, 2021   03:00 PM
Chief Judge:          Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                                                ROBERT J. JONKER
                                                Chief United States District Judge

Dated:  January 27, 2021        By:   /s/ Susan Driscoll Bourque
                                                    Case Manager