UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                  Case No. 1:20–cr–183

    v.                          Hon. Robert J. Jonker

ADAM DEAN FOX,
DANIEL JOSEPH HARRIS,

        Defendants.
_____/

# <u>NOTICE OF HEARING</u>

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion to Withdraw as Attorney (ECF No. 155)
Date/Time:        February 10, 2021   11:00 AM
Magistrate Judge:  Sally J. Berens
Place/Location:    650 Federal Building, Grand Rapids, MI

                        SALLY J. BERENS
                        U.S. Magistrate Judge

Dated:  February 5, 2021     By:   /s/ Jenny Norton_____
                             Courtroom Deputy