UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                           Case No. 1:20–cr–183

v.                                  Hon. Robert J. Jonker

ADAM DEAN FOX,
DANIEL JOSEPH HARRIS,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Withdraw as Attorney (ECF No. 155) |
| Date/Time: | February 11, 2021   03:00 PM<br>*(previously set for February 10, 2021 at 11:00 AM)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                   SALLY J. BERENS
                                                 U.S. Magistrate Judge

Dated:  February 5, 2021        By:   /s/ Jenny Norton_____
                                                 Courtroom Deputy