UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 1:20–cr–183

v.                                         Hon. Robert J. Jonker

TY GERARD GARBIN,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):    Sentencing
Date/Time:    August 25, 2021   04:00 PM
                     *(previously set for 7/8/21)*
Chief Judge:    Robert J. Jonker
Place/Location:    699 Federal Building, Grand Rapids, MI

                                                ROBERT J. JONKER
                                                Chief United States District Judge

Dated:  June 28, 2021          By:    /s/ Susan Driscoll Bourque
                                                Case Manager