UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        CASE NO.: 1:20-CR-183-

v.

                                        HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

## DEFENDANT TY GARBIN'S - ATTACHMENTS (LETTERS OF SUPPORT)

Attached for the Court's review, please find the following attachments:

Attachment D – Letter of Support from Aimee Pattenaude-Garbin
Attachment E – Letter of Support from Scott Garbin [Mr. Garbin's Adopted Father]
Attachment F – Letter of Support from Vincent Pattenaude Jr. [Mr. Garbin's Uncle]
Attachment G – Letter of Support from Justin Lanagan [Mr. Garbin's Former Employer]
Attachment H – Letter of Support from Vincent Pattenaude Sr. [Mr. Garbin's Grandfather]
Attachment I – Letter of Support from Anna Pattenaude [Mr. Garbin's Grandmother]
Attachment J – Letter of Support from Mr. and Mrs. Watza [Mr. Garbin's Lifelong Friends]
Attachment K – Letter of Support from Janice Peterson [Mr. Garbin's Great Aunt]
Attachment L – Letter of Support from Justin Garbin [Mr. Garbin's Brother]
Attachment M – Letter of Support from Matthew Dube [Mr. Garbin's Friend]
Attachment N – Letter of Support from Kim Wroblewski [Mr. Garbin's Uncles' Girlfriend]
Attachment O – Letter of Support from Amber Dinellari [Mr. Garbin's Family Friend]
Attachment P – Letter of Support from Bradley Schmidt [Mr. Garbin's Family Friend]
Attachment Q – Letter of Support from Crystal McQuillan [Mr. Garbin's Hair Stylist]
Attachment R – Letter of Support from Joelle Cross [Mr. Garbin's Lifelong Friend]
Attachment S – Letter of Support from Cameron Herron [Mr. Garbin's Friend]
Attachment T – ATF Letter to Ty Garbin Dated July 27, 2020

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    CASE NO.: 1:20-CR-183-

v.

                                    HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT D – Letter of Support**
**Aimee Elizabeth Pattenaude-Garbin [Mr. Garbin's Mother]**

Honorable Robert J. Jonker,

 My name is Aimee Elizabeth Pattenaude-Garbin.  I am 49 years old, the mom of four amazing, adult children.  Most importantly I am the mom of Ty Gerard Garbin who faces sentencing before your court on August 25th, 2021.  Currently I work for the City of Wyandotte as the Recreation Clerk in the Recreation Department and Benjamin Yack Arena.  I have maintained this position for the last eight years, overall working for the City of Wyandotte for over twelve years.  I spend time with my amazing husband and Winnie and Lola, our sweet pugs and make resin crafts with whatever spare time I have left.  My life is my children, my family and special friends.  Outside of that we live a very private, peaceful, and quiet life.

 Ty is the first child I held in my arms, my baby.  He fought me so hard to make his debut in this world.  When I saw his sweet face, I vowed to protect him forever, teach him to have feelings and to love him unconditionally.  Such a beautiful little angel that I knew would go on to do great things in his life.  In that moment and in this moment today, the love I have for this boy is more than anyone can imagine.  For as long as God leaves me on this earth, I will be right there for whatever he needs.  A mother's love is such a precious gift and I am honored to have been chosen to be his mother.

 As a child Ty bounced off the walls, not literally speaking of course.  I put him in pre-school to interact with other children and to help him get ready for kindergarten because he couldn't sit still and I wanted him to learn to share and behave.  I remember his pre-school teacher saying Ty was a gifted child that she felt some teachers as he went through elementary, middle, and high school may not understand how to work with a child like Ty.  His brain worked faster than his body and to some he may appear as lacking interest or bored.  I am thankful for that preschool teacher because she was correct in a lot of ways.  Ty graduated pre school, on his graduation day he stood so proud and announced that when he grew up he wanted to be a monster truck driver.  Ty did have a difficult time in school all the way until he graduated high school.  Even during his hardest times in his young life Ty remained a happy child and thankful for his friends.  Ty never gave up and as tears streamed down my face on his graduation day, I was so proud of him, so very proud of him because he had so many obstacles he had to overcome to get there.

 Everywhere Ty was I always heard someone say how sweet he was, how caring he was.  I once had an older gentleman in the grocery store ask if he heard Ty correctly.  I immediately asked if my son was rude and he was like no ma'am he said excuse me.  I don't hear children much anymore with manners.  As I write this letter it is so hard for me.  Not because I don't have anything to say about my son but because I have so much to say.  Ty is a good boy.  His actions have always been kind and full of love for his family and everyone around him.  I often say he is naïve and it is a trait he got from me.  It's not a good one most of the time because people will take advantage.  Ty looks at everyone as if they are good people, he trusted so many people, overly trusting I should say and a lot of them did take advantage of him.  He never put himself before others and always gave away his things or money if someone else

needed it. I could buy a new one or I didn't need that he would tell me. He would get mad at himself when he found out someone was using him, however he didn't like confrontation, so he just moved on.

I honestly don't know what happened that led Ty to make the choices he did Last year. We had a lot of loss in 2020 and may have had a lot to do with Ty's choices but honestly as I get my own help with therapy, I have uncovered from my mind the abuse Ty and his siblings were subjected to along with myself. Because pain can be buried deep, through the years it can affect how we act and think. Ty's biological dad was not a nice person. Maybe Ty overcompensated his pain to make everyone around him happy with whatever they needed whether it was a good thing or not. I do know Ty is remorseful for his actions and I have no doubt in my mind that he will take this situation and use it to do good again and help others not go through what he is right now. Your Honor I believe Ty is sincerely sorry for his actions and he has a strong support group in friends and family waiting to help him. Thank you for your time,

Yours truly,

Aimee E. Pattenaude-Garbin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                               CASE NO.: 1:20-CR-183-

v.

                               HON. ROBERT J. JONKER

TY GERARD GARBIN,

       Defendant.

---

**ATTACHMENT E – Letter of Support**
**Scott Garbin [Mr. Garbin's Adopted Father]**

---

Honorable Robert J. Jonker,

My name is Scott Garbin, and I am Ty's adopted father. Even though someone else help make Ty, I have been the one to raise him. I look at him no differently than my own son. I currently work for the Department of Veteran's Affairs and the United States Army Reserves. I just celebrated 24 years in service between the Active Duty and Reserves on Aug 8, 2021.

From the time that I met Ty we have had a special type of bond. Ty is the sweetest, caring, thoughtful young man that I have ever met. Ty would give you the shirt off his back. One of Ty's biggest downfalls is the fact that Ty is very naive. Ty will take you at face value and believe all that you tell him. With all of his friends Ty would give his last dollar even if it meant he would go without gas in his own vehicle.

Ty and I have had some great moments together. Ty is the one who taught me how to fish. Even though I am not as good as Ty is, it was still our time to go out and relax and just talk about Ty's plans to become a professional fisherman one day. Ty wanted to get a big bass boat and just live on the water. Ty always had a smile on his face when we were on the water. Fishing was our time to talk about everything and nothing.

One other thing that Ty got me interested in was deer hunting. It wasn't only about going out to hunt but about the time we spent laughing and just talking. The few times that I have gone up with Ty, Justin (his younger brother) and my father-in-law Vince it has been nothing but a good time laughing at how goofy my two boys are. Nothing makes a father feel joy when he hears his two boys laughing and having a good time. Always had to wonder what was in store for us when we let the boys cook but most of time it turned out good.

Ty and his brother Justin became good friends quickly when our two families were brought together. Made me so happy how when Ty and Justin went to school together, how Ty brought Justin into the little group of friends. Ty always thought about his little brother and never left him out. Even after Ty moved out, he and Justin would go back and forth on text telling jokes and they were always laughing.

One of my proudest days was when I saw Ty walk across that stage with is little smirk. It was hard during his time in High School and for Ty to get his diploma was awesome and made me the proudest father in the world. During Ty's senior year he received something that shocked us and it was a scholarship for him to attend MIAT to pursue his aviation certificate.

Ty talked to the recruiter from MIAT from his sophomore year to he was accepted to attend the program. Watching Ty work through the program and how he spoke about what he was doing. Ty made sure that he missed nothing when it came to that program, Ty was so dedicated. The day that Ty received his completion certificate from MIAT, I was such a proud father.

Ty came to me and told me that he had scheduled to take his test for his aviation mechanic license and that Ty was going to get it on his first shot. Ty traveled to Nashville with his brother Justin and grandfather Vince. When the three of them got back from Nashville my father-in-law was so amazed as how quickly he took the test and blew it out of the water. Made me so proud of what he had accomplished to that point.

Ty always gave me a call when he was facing a decision at work. When Ty moved from Express Jet to Sky West, he called me and asked my opinion. I was proud that he thought enough of me to ask my opinion. I told Ty do what you need to do for your career, that his mother and I would support him no matter what. When Ty was going to make the move to Penta Star, he called me while I was stationed in Texas. Ty and I spoke on the phone for about 30 minutes, and I told him to go with his gut and do what was best for his career. I was so proud of his choices at work.

Ty has a good heart and has made a mistake and like always stepping up and taking ownership of his mistake. No matter what happens to Ty, he is making sure that the truth is coming out.

No matter what happens there were always a place for Ty to stay and hang his hat. Myself and his mother will always have a place for him to come to. Our home is his home as it is with everyone of our children. Ty is my son and I love him more than words can ever express. This is my son and I love him very much.

Respectfully,

Scott A. Garbin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                              CASE NO.: 1:20-CR-183-

v.

                              HON. ROBERT J. JONKER

TY GERARD GARBIN,

      Defendant.

---

**ATTACHMENT F – Letter of Support**
**Vincent G. Pattenaude Jr. [Mr. Garbin's Uncle]**

Vincent G. Pattenaude Jr.



August 1, 2021

Honorable Robert H. Jonker

Re:  Ty Gerard Garbin

Dear Honorable Robert J. Jonker,

My name is Vincent G. Pattenaude Jr.  I am Ty's uncle and Godfather.  His mother is my sister.  I have worked for Ford Motor Company for almost 22 years as an auto line assembler.

I have known Ty his entire life.  He grew up two cities away from where I currently live.  I have been involved with Ty's life from birth into his adulthood.  I look forward to continuing to be in Ty's life as his uncle, Godfather and mentor.

Ty overcame growing up without a father figure in life to become a successful airline mechanic and leader.  Ty was respected by all his peers and managers.  During this time, he lost his great-grandmother and great-uncle who were amazing role models and parental figures in his life.  With that said, I am looking forward to the challenge of helping my nephew Ty, get his life back on track, whether it be through love, mentoring, spiritual guidance or just being there for him.

I believe with the people that are around Ty, family, friends and including myself, that we can and will be the proper support system and guidance that he will need to rehabilitate and fix his life into a positive outcome.

Enclosed is a picture of Ty and myself at my wedding almost 20 years.

Sincerely,

Vincent G. Pattenaude Jr.

Photos Submitted by Vince Pattenaude, Jr.





UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      CASE NO.: 1:20-CR-183-

v.

                                      HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT G – Letter of Support**
**Justin Lanagan [Mr. Garbin's Former Employer]**

---

**OFFICIALS**

Lawrence S. Stec
CITY CLERK

Todd M. Browning
CITY TREASURER

Theodore H. Galeski
CITY ASSESSOR



**MAYOR**
Robert A. DeSana

**COUNCIL**
Robert Alderman
Chris Calvin
Kaylyn Crayne
Todd Hanna
Rosemary Shuryan
Kelly M. Stec

**JUSTIN N. LANAGAN**
**SUPERINTENDENT OF RECREATION**
**DEPARTMENT OF RECREATION, LEISURE AND CULTURE**

August 5th, 2021

Honorable Robert J. Jonker,

My name is Justin Lanagan, and I am the Recreation Superintendent for the City of Wyandotte. I have worked for the City of Wyandotte for 21 years and have been in my current position for the last 8 years. When Ty Garbin was in high school, I employed him as a part time worker for our youth basketball program for a few years.

I have known Ty personally for 8 years now, but known of him even longer. Ty's mother also works for the City of Wyandotte for the Recreation Department. She started off part-time as a custodial worker, then transitioned to part time office clerk, and is now the full-time office clerk for the Recreation Department. Before Ty started working for me, he would walk to the Recreation Department after school and wait for his mom to finish work. Ty was shy and quiet. Eventually Ty started working for our youth basketball program as a scorekeeper, playing time supervisor, and he officiated some games even though he seemed to know little about basketball. As he got more experience he learned more and like most young teenagers, gained confidence the more he worked.

Ty Garbin was shy and quiet, tended to look down at the ground a lot, but he was also a dependable and hardworking kid. If someone called off sick (which seems to happen a lot with kids these days) Ty was always one of the first I could count on to pick up an extra shift. After Ty graduated high school, his mom would keep me apprised of how Ty was doing…that he was going to aviation mechanic school, that he graduated and got a great job, that he bought his own house. Ty made some terrible decisions and he's been paying the price ever since, that being said, I truly believe Ty is a good young man and given a second chance he will make good on that opportunity.

Sincerely,

Justin Lanagan
Recreation Superintendent

3131 Third Street • Wyandotte, Michigan 48192 • 734-324-7292• www.wyandotte.net
Equal Housing Opportunity/Equal Opportunity Employer

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                CASE NO.: 1:20-CR-183-

v.

                                HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT H – Letter of Support**
**Vincent G. Pattenaude Sr. [Mr. Garbin's Grandfather]**

Honorable Robert J. Jonker,

My name is Vincent G. Pattenaude Sr.  I am the maternal grandfather to Ty Gerard Garbin.  I retired from Ford Motor Company where I worked as a laborer, then management and finally retiring as Semi Skill Trade.

I met Ty Gerard in an elevator October 14, 1995.  I was going to buy flowers for my daughter because she just gave birth to my grandson, my first grandchild.  When I entered the elevator, I saw a beautiful baby.  I looked at the name tag and realized he was my grandson.  The nurse put him in my arms and that was the beginning of my bond with Ty Gerard.

I have spent twenty-five years with Ty Gerard.  From hold him as a baby to teaching him how to play sports, using tools and how to build things.  When he was seven years old, I taught him how to use a drill.  He built a small bench which I have to this day.  He was always interested in everything I did and was eager to learn.

Ty Gerard was a sweet and kind child that grew up into a sweet and kind young man.  One day he came to me when he was younger and in the Boy Scouts.  He was crying and holding his derby car that his biological father destroyed.  He was crying because he wanted to race.  I guided him through it and he worked hard on that car for two days.  He was determined to get it finished before the deadline so he could race.  He finished that car and won the race.  He slept with that car for two weeks afterwards.

After my daughter got a divorce, I bought a fixer upper house for her and my grandchildren.  One day while I was working, I saw Ty Gerard crying, asked him if he was hurt.  He told me he was worried about who was going to take care of him, his sisters, and his mom.  He always worried about his mom and sisters.  I told him to be a kid as long as possible, not to worry and that I would take care of all of them as long as I was alive.

As Ty Gerard got older, he wanted to learn how to deer hunt.  I told him when he was old enough, I would teach him.  I enrolled him in the hunter safety class which he passed with one wrong answer.  That was unacceptable to him and insisted on re-taking the test, which he did and got all of the answers correct.

He was always hard working and determined to get what he wanted.  Over the years we always had to hunt on other people's property so after Ty Gerard became an adult he worked hard and eventually was able to purchase some land for us.  Over the last four years we have turned the property into our hunting camp.  We put a trailer on the property to sleep in, built hunting blinds, planted trees, a food plot, sheds to hold equipment and built the platform for our cabin.  Ty Gerard had a goal for the hunting property.  He wanted to make the trails and the land were safe enough for him to bring disabled military veterans to the property so they could hunt.  He had done his research and wanted to help.

He is a good boy with a big heart and strong family values.  He is hard working and full of drive to succeed.  I am not sure what caused him to take this big detour in life, maybe stress, lack of work hours, loneliness, pandemic, or our family loss.  There was so much happening at the same time in his life it could have been everything together.  Depression can take hold without being realized.  One thing

I am sure of, if given the chance on life I know in my heart he will definitely be a stronger, more determined young man and will go on to become successful once again. I know he is remorseful for his mistakes; I would trade places and give my life for his if I could. I will be right there with him wherever he may be every step of the way. He is my little buddy and always will be.


Sincerely,

Vincent G. Pattenaude Sr.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                 CASE NO.: 1:20-CR-183-

v.

                                 HON. ROBERT J. JONKER

TY GERARD GARBIN,

       Defendant.

---

**ATTACHMENT I – Letter of Support**
**Anna Pattenaude [Mr. Garbin's Grandmother]**

Honorable Robert J. Jonker,

My name is Anna Pattenaude, I am the maternal grandmother to Ty Gerard Garbin.  I am retired from the 27th District Court in Wyandotte, Michigan where I was a court clerk.  In 2018 I retired from my job at the 27th District Court so I could spend more time with my 93-year-old mother as she was becoming frail at that time. My mother, Ty Gerard's great-grandmother passed away at the age of 95 during the pandemic on June 13th, 2020.  I now spend my time enjoying family life and friends.

I was present when Ty Gerard was born and have been a big part of his life every day since.  Ty Gerard is the sunshine of my life.  He was a beautiful baby, a very smart toddler and inquisitive preschooler.  Ty Gerard grew into a sweet, caring little boy.  Even if Ty Gerard was treated badly by others, he never wanted to retaliate.  Ty Gerard was a quiet and kind of shy.  After preschool he thought he was finished with school forever.  He never understood as a small child why he had to continue with school because he thought he already knew everything that he needed to know.  Ty Gerard made it through grade school, middle school and graduated from high school, he then went on to M.I.A.T.  Ty Gerard knew what he wanted for his life, and he was focused.  When Ty Gerard graduated from M.I.A.T., he immediately went and took his aviation test, passed it on the first try and received his aviation mechanic's license.  Then he set out to find a job, which he did.  He worked for Express Jet, Sky West and eventually moved on to Pentastar Aviation.  This job was an opportunity for him to travel the world.  Ty Gerard is a solid, strong, hardworking, caring, loving, determined, giving, sweet, beautiful young man. Ty Gerard worked hard for everything he wanted and had.  Ty Gerard was always there to lend a helping hand or money to anyone who needed him.  If I needed a kiss or hug all I had to do was call and he would come by,

I, as his grandmother, knowing who Ty Gerard is as a person, was deeply saddened to hear of his involvement in the instant offense but tremendously proud of him for taking responsibility for his actions.

Ty Gerard is a good young man with a good heart, unfortunately he made a wrong turn on the path of life.  I am not sure as to why this happened, maybe financial, depression, the pandemic, loss of friendships because of job schedules or the death of close family members.  The one thing I am sure of is that Ty Gerard is remorseful and if he is given the chance, he will definitely go on to lead a wonderful, good, productive life again.

My love and pride for Ty Gerard will never change.  I am and I will always be right by his side.

Sincerely yours,

Anna M. Pattenaude

Anna M. Pattenaude

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  CASE NO.: 1:20-CR-183-

v.

                                  HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

**ATTACHMENT J – Letter of Support**
**Doug and Norma Watza [Mr. Garbin's Lifelong Friends]**

Honorable Robert J. Jonker,

     Our names are Doug and Norma Watza. We have known Ty Garbin since his birth. We've known the family for forty years and feel like we are a part of Ty's family. In fact, we are Godparents to Ty's younger sister Marlaina. Doug and I have been to family barbeques, birthday parties, all holiday gatherings and pool parties. We attended his soccer games; track meets and his graduation ceremony and party. Ty went onto school at MIAT and got himself a really good job at the airport. We couldn't have been prouder of him.

     Ty was always with his grandfather growing up. His papa taught him how to use tools and to work hard. He even helped his papa hang aluminum siding on our garage many years ago. He was a bright, energetic child that grew into a bright, energetic young man. Ty is courteous to everyone and sometimes had poor choices in his peers which we believe happened in this current situation.

     We know it may be hard to see what we see your Honor but Ty is a smart, sweet, caring, loving young man that made poor choices recently and we are proud of him for telling the truth. We have no doubt that he will be able to reintegrate into society and will have learned from this poor life choice. Ty has an amazing support group in family and friends that will be there to help him along the way. Thank you for your time,

Sincerely,

Doug & Norma Watza

Norma L. Watza
Douglas A. Watza

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      CASE NO.: 1:20-CR-183-

v.

                                       HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT K – Letter of Support**
**Janice Peterson [Mr. Garbin's Great Aunt]**

---

Honorable Robert J. Jonker,

My connection to Ty Garbin is as follows. I am his grandmother, Anna Pattenaude's sister, making me his Great-Aunt Janice Peterson. I am a credible messenger being that I have been around law enforcement most of my 46 years of marriage to Joseph R. Peterson. He spent a career as a police officer for the City of Wyandotte, Michigan and a DEA Agent for the Federal Government working out of Detroit. After his retirement he was a probation officer, City Council Member and lastly the Mayor of Wyandotte, Michigan. He was serving his third term as Mayor when he died on May 17, 2020, from complications due to exposure to Agent Orange while serving his country in Vietnam. We are a law-abiding family and Ty was also until he made this wrong turn in life.

I have known Ty since he was a few months old when his mother and biological father moved back to Michigan from Georgia. He was always a well-behaved child and played well with others. I have interacted with him at family functions, school functions and when his mom Aimee would come over since his was a baby. He was always a pleasant and friendly boy interacting with family and friends. He enjoyed hunting and fishing with his grandfather. He did spend a lot of time with his grandparents (Vince and my sister Anna) as he was growing up enjoying their company and learning about outdoor sports. Ty did ok in high school and graduated thus going on to a trade school. Ty did amazingly well and got his Aviation Certificate landing the job of his dreams as an Aviation Mechanic at DTW. He moved out of his parents' home and bought one of his own with a friend. Even though he was independent now, he still spent a lot of time with his family especially his grandparents. Ty enjoyed being a part of his family's life.

All in all, he grew up to be a responsible young man who still has family values. Ty Garbin is a fine example of a young man any parent and family would be proud of. Every person makes choices in their lives, some that a person may not be proud of. I believe Ty is one of those people but if given the opportunity to start over so to speak, I think Ty would excel and would not go back to making a choice like this ever again. We, his family are here to support him in whatever way we can. I am proud to have him call me Aunt Jan.

Sincerely,

*Janice Peterson*

Janice Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO.: 1:20-CR-183-

v.

HON. ROBERT J. JONKER

TY GERARD GARBIN,

Defendant.

**ATTACHMENT L – Letter of Support**
**Justin Garbin [Mr. Garbin's Brother]**

Honorable Robert J. Jonker,

I am Ty Garbin's brother, Justin Garbin. Currently, I work as a zamboni driver at our city arena, and I have started my journey into school as an EMT, so one day soon I can become a firefighter. I would also like to add that my big hobbies are golf, and disc golf.

I have known Ty for the last 13 years. He came into my life because my father married my mother and thus our bond was formed. When I first moved here Ty introduced me to all of his friends, which brought about our mutual friendships to this day. Ty had shown me everything that was needed to know to seem like a native Michiganian, from fishing, hunting, going up north, and the towns around which we live. I am originally from Illinois, right outside of Chicago.  One of the biggest things when I first met Ty was the instant connection we had, and it seemed as if we've known each other our whole lives. Those connections are the ones you want to hold onto.  He was the person who when we got our first job together as basketball refs for our city, he taught me everything I needed to know about it even though he didn't know much about it either.  We both taught each other everything by growing up as mere teenagers to now young men beginning their full journey into adulthood.  In just the short time, I've known him, he has been by my side and now it's my turn to be by his side.

When I think of Ty as a person, he is passionate, caring, energetic, hard-working, and funny. As I always saw him, when he found a hobby, he really wanted to learn, he would perfect it.  He would do everything he could to learn about it, mold it, and turn it into something that he could understand every aspect of it. He was always there lending a helping hand to anyone who needed it whether it be a small or large task, even if it could be considered impossible, he would always try and help. Anything that had to do with his job, whether it be learning something new, or trying to train someone in a certain technique he would give it his all to accomplish this task. When Ty graduated school and began his next journey to get his license, he had a friend John who wasn't in the best spot financially, so he asked Ty if he could borrow some money to pay for his testing and without any hesitation or second thoughts he gave John the money he needed to pursue his dream. He never asked for anything in return and that was Ty's way of helping out a friend.  I don't know why Ty chose this path but I will be there for him every step of the way.

Sincerely,

Justin Garbin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              CASE NO.: 1:20-CR-183-

v.

                              HON. ROBERT J. JONKER
TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT M – Letter of Support**
**Matthew Dube [Mr. Garbin's Friend]**

---

**Sentencing of Ty Garbin**

Dear Honorable Robert J. Jonker

My name is Matthew Dube, I am a good friend of Ty and very close to his family till this day. I am currently working as a police officer with the City of Southgate. I have known Ty since the year 2008 when we first met in middle school.

I know Ty has recently pled guilty for being apart of a conspiracy to kidnap the governor, but I know a different side of him. In this letter I would like to tell you a little about how I grew to know Ty and become part of his family.

I met Ty in middle school when we both joined the track team and our friendship took off from there. I would always be over at his house for dinner with his family causing me to grow even closer to them as well. During high school, we both took auto shop class for 3 out of our 4 years. We saw each other almost every day for 3 years straight and continued to try and make each other better by constantly challenging ourselves. Whether it was seeing who could complete a simple task in the shop or who could eat more of the worlds' hottest pepper.

After high school, Ty strived to get straight into a career by heading to college. Ty completed college and became an aircraft mechanic for SkyWest airlines. Every time I saw Ty after working for SkyWest, he would always talk about his dreams of working his way up to the top of his career. Seeing

Ty complete something as difficult as his did really pushed me to get into a career and start to challenge myself without the help of others.

I hope this letter shows even the slightest bit of who Ty really is, thank you for taking your time to read this letter.

Sincerely.

*Matthew Dube*

Matthew Dube

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                   CASE NO.: 1:20-CR-183-

v.

                                   HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT N – Letter of Support**
**Kim Wroblewski [Mr. Garbin's Uncles' Girlfriend]**

---

August 8, 2021

Dear Honorable Robert J. Jonker,

My name is Kim Wroblewski, I am writing on behalf of Ty Gerard Garbin.  To give you a little in site of who I am. I am the girlfriend of Ty's Uncle, and God Father, Rodney. I am employed by Ford Motor Company as a Launch Engineer, for eight years, prior to working at Ford, I worked 10 years as a UAW Chrysler employee. My family background, my father is a retired pipefitter from Chrysler (46 years), my mother was an inspector for ATF (25 years). Both of my parents are retired and have been married 52 years. I have one son who is 28, and he is in the IT industry.

I met Ty almost two years ago in October. It was his 24th birthday. It was the first time I was meeting Rodney's family. When we walked up to the table Rodney introduced me to everyone. I was at the opposite end of the table from Ty, we did not get to talk much during dinner. But what impressed me the most was after dinner. He made a point to come over and introduce himself and start up a conversation. I asked him what he does for work, his response with pride was that he was a plane mechanic for General Motors. He talked about the places he has been, he traveled all over the world. He talked about how much he enjoyed his job. I asked him how he landed that kind of job at 24. He replied he went to MIAT. He studied hard and enjoyed the work. I was amazed that such a young man was able to focus and complete an educational program that would enable him a great future.  Fast forward to Christmas. Spending time with Ty and his family has always been a pleasure for me. There is laughter and jokes always going on. Although I do not see Ty on a regular basis, anytime I have seen him he has always been warm and genuine. Ty and Vince, Ty's grandpa, would come up to Rodney's cabin to hunt. Watching the men talk about the love of hunting and fishing was a joy. I could feel the pride and the love for the sport by the three generations. Ty loved playing with our dogs. He was so good with them, they can be a handful.

I do not know much about Ty's past or growing up. I do know his mom went through an ugly divorce from Ty's dad. I also know he has not seen his dad in years, He walked away and never looked back, I do know Ty has tried to reach out to him, he was ignored.  What I do know is the family I have met and have come to love; He has a loving father that has adopted him, two sisters and a brother. Watching the family interact brings me great joy. His relationship with his grandparents is a beautiful thing. He often helped around the house or ran errands if needed. I have kept in touch with Ty through Securus mobile. I can only imagine how lonely and scared Ty must feel. I will send him pictures of our cats and dogs, or of the family. Just recently my mother passed away. Ty sent me an eMessage, offering his condolences and prayers for me and my family. It touched my heart.

If you were to ask me, how did Ty get caught up in this mess. I can honestly say I have no idea. What I do know is Ty is a quite gentle soul. I know Ty had a few friends, when girlfriends came into the picture, I believe Ty felt a little lonely. Ty did not have a girlfriend. Ty focused on work, hunting and family. I think Ty found a group of people who enjoyed some of the things that Ty did, like hunting. He was accepted by this group of guys; little did Ty know how being associated with certain people can affect your life forever.

Thank you for your time,

Kim Wroblewski

Christmas with Ty, Ty's dad, and brother.



Ty and Grandpa



UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                       CASE NO.: 1:20-CR-183-

v.

                                       HON. ROBERT J. JONKER

TY GERARD GARBIN,

      Defendant.

---

**ATTACHMENT O – Letter of Support**
**Amber Dinellari [Mr. Garbin's Family Friend]**

---

Dear Honorable Robert J. Jonker,

My name is Amber Dinellari and I am a full-time movie theatre manager, figure skater and coach for the Wyandotte Figure Skating Club as well as serve as a board member for the skating club.  I am very good friends with Aimee Garbin, Ty's mother and his family.  I was blessed to have Aimee and her family come into my life about five years ago when I started working with her in the recreation office for the City of Wyandotte, Michigan, in which I am still employed.  It was there that I knew I had not just found an amazing co-worker, but an amazing woman and family.   Throughout the past five years we both have grown very close and together have been through an immense amount of pain, laughter, and love.  I can honestly say that my life is better because of them.  We are here for each other, and I am here now during the toughest time of her and her family's life.

Ty is Aimee's first love, first born and her pride and joy.  Every day I work with her, she has nothing but good things to say about him.  I had the pleasure of meeting Ty between 4-5 years ago after I started working with Aimee.  I remember him walking through the recreation office door happy to see his mom.  It was then I knew how close he was to her and what kind of bond they shared.  He would always stop by just to catch up and chat.  At this time, Ty was living on his own with a friend and he would stop by either knowingly or unannounced just to see his mom.  When he stopped by, he always greeted me with a smile and asked us how our day was.

Ty is an extremely kind young man who has a heart of gold.  He had a fantastic job as an airplane mechanic, and he loved every bit of it.  He is also very close to his brother Justin, his two sisters, Brie and Marlaina, his grandparents and, of course, his mom and dad, Scott.  He looks up to his grandpa and his dad, who have had major impacts on his life that made him the great young man he is today.  I say "great" because he is just that, great!  Ty has a big heart who is willing to go above and beyond to help someone out.

Unfortunately, in May of 2020, Ty's Great Uncle, Aimee's Uncle Joe passed away.  Aimee's grandma, Ty's great grandma was also in deteriorating health due to old age.  She passed away in June of 2020 and her death hit the family hard including Ty.

Unknowingly to all his family and friends, we had no idea what was going on with Ty and that he was suffering so much inside.  I full-heartedly know in my heart that Ty was going through an emotional time that caused stress with not working as much and the death of his loved ones which may have played a part in his bad decision making.  If he is given a second chance, there's not a doubt in my mind that he would succeed. I know he already had big plans for his future and if you knew Ty like we know Ty, you would not disagree.  I'm writing this in hopes that you will see truly what a great young man he is and that he deserves a great life beyond bars.  We all have a dark time in our life, please don't let this error in judgement keep this amazing young man locked up forever.

Respectfully,

Amber Dinellari

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                    CASE NO.: 1:20-CR-183-

v.

                                    HON. ROBERT J. JONKER

TY GERARD GARBIN,

       Defendant.

---

**ATTACHMENT P – Letter of Support**
**Bradley J. Schmidt [Mr. Garbin's Family Friend]**

---

Hon. Robert J. Jonker
United States District Court – Western Division of Michigan
685 Federal Bldg.
110 Michigan St. NW
Grand Rapids, MI 49503

        Re:           The Sentencing of Ty Gerard Garbin
        Case No.:     1:20-CR-00183

To the Hon. Robert J. Jonker:

My name is Bradley Schmidt. I'm sixty-five years old, and as of March 2018, retired after working forty-six years for the City of Wyandotte. My wife and I have been happily married for forty-three years and have three grown children.

I met Aimee, Ty Garbin's mother, when she was hired by the City to work at the Yack Arena, where I was the maintenance foreman. Being a single mother at the time, Aimee would often have to bring her young children to work. This is where my relationship with Ty and his family began.

Through the years working closely with Aimee, I became a friend, and sometimes confidant, as she kept me up to date on her family. As such, our families became close. For example, Aimee and her family attended my surprise 60th birthday party, and my family and I attended all four of Aimee's children's graduation parties.

After Ty graduated high school, he attended MIAT to be an airplane mechanic. I have a background in auto-mechanics, and since we both liked mechanics, Ty and I had many technical conversations about our respective careers. Like his grandfather, Vince, and I, Ty also had a passion for the outdoors. We talked at every gathering about the upcoming deer seasons and all our preparations. We always exchanged our hunts - our successes and near misses.

I believe Ty Garbin to be an honest man who was most likely naive and was influenced by the older guys in the group. To a younger guy like Ty, the stupid ideas of some people seem reasonable without much reflection. Being so young and inexperienced, Ty, most likely, was easily influenced. I don't believe it's in his nature.

Thank you for considering my opinion and observations.

        Sincerely,

        *Bradley J. Schmidt*

        Bradley J. Schmidt

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                    CASE NO.: 1:20-CR-183-

v.

                                    HON. ROBERT J. JONKER

TY GERARD GARBIN,

      Defendant.

---

**ATTACHMENT Q – Letter of Support**
**Crystal McQuillan [Mr. Garbin's Hair Stylist]**

---

To the Honorable Robert J. Jonker

Hello, my name is Crystal McQuillan. I am a mother of 3 and a grandmother of 1 who has been in the same profession as a hair stylist for over 25 years. I enjoy the outdoors and being with my family. Over these many years I have gotten to know Ty as a client.

Ty's mother Amy first came to me over 18 years ago. She brought her young son Ty and his siblings and eventually her mother into see me usually every 6 weeks, and they have been my clients for these many years. I have seen Ty grow as a young child into an adult. I have seen him get his first job and even his first home.

Over the years with my interactions with Ty I have come to know that he was always polite, courteous, and a hard worker. He loves being an airplane mechanic, the outdoors, camping and spending time with his family.

Thank you

Crystal McQuillan

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                 CASE NO.: 1:20-CR-183-

v.

                                 HON. ROBERT J. JONKER

TY GERARD GARBIN,

        Defendant.

---

**ATTACHMENT R – Letter of Support**
**Joelle Cross [Mr. Garbin's Family Friend]**

---

Sentencing Letter

August 9, 2021

Re:     Sentencing of Ty Garbin

To the Honorable Robert J. Jonker,

I would like to introduce myself as Joelle Coss, a 51-year-old female.  My family grew up in Southgate, but I currently reside in Superior Township with my husband, Dave, and our five children (T.J.), Sofia (14), Travis (18), and Ethan and Kyle (16).  Family is very important to me, as I was raised in a very close Italian family.  I currently work for Judson Center in Ann Arbor in the Foster and Adoption Program, programs funded by the Michigan Department of Health & Human Services.  I was very active in high school, from Honor Society to clubs, but especially quite involved in the Southgate Anderson Band.  I especially loved meeting new friends.  When I was 17 years old, I met Vinnie Pattenaude (Vince Pattenaude, Jr.).  To place a specific timeline, this was 1987.  We dated my senior year and two years of college.  During this time, I grew very close with the Pattenaude family.  Annie and Vince Pattenaude were like my second parents, and Rodney and Aimee became family, too.  I spent a great amount of time with the Pattenaudes.  After Vinnie and I decided to go our separate ways, I continued to remain close with the Pattenaude family.  Many years later, Aimee and I became close enough to where I still think of her as a sister.  Our boys, Ty Gerard and T.J., spent time together since they were very close in age.  We would meet to get the boys together.  The boys had fun swimming, doing what boys do, playing Power Rangers, celebrating each other's birthdays, and exchanging Christmas presents.  They were typical boys, both sharing a similar fondness of the outdoors through the years -- fishing, hunting, nature.  Still, 34 years later, we are like family.  That's a lot of celebrations, graduations, and weddings, and I adore every one of them to this day.  They are beyond good people!

Through the years, I have seen Ty Gerard grow up from a young boy to a young man.  He had a shyness to him, and a calmness, contrary to my son who was very hyperactive.  He was a good kid, fun, respectful, and always very pleasant when I saw him, even if many years had passed.  There was a gap when I hadn't seen Ty Gerard but knew from Aimee that he had some struggles and suffered some neglect and/or abuse while growing up with his biological dad.  In fact, all her children had experienced some sense of dysfunction from time spent with their biological dad.  Ty Gerard was very close with his whole family – his mom and sisters, his grandma and Papa, and his great grandmother (BauBau).  He would go hunting and fishing with his papa and helped his grandma whenever she needed help.  He always made it a point to spend time with his family; their relationships were quite special.  Then Aimee met Scott, and things took a turn for the

Sentencing Letter
Page Two


better.  He became the father that Ty Gerard had always hoped for.  Scott became his adopted father.  He also grew close with Justin (Scott's son).  After Ty Gerard graduated high school, he ended up going to aircraft school, completing his schooling, and ultimately began living on his own and traveling with his job.  When I saw him at his sister's graduation in 2019, I enjoyed talking with him, hearing about his new adventure, and seeing him so happy.  I was very proud of him and his accomplishments.

When I think of Ty Gerard, it saddens me to think of the situation he is in.  I was utterly shocked to hear the news.  I cannot state with positivity as to why he made certain decisions related to this criminal activity.  I cannot understand why I, myself, made certain decisions of my own that I regret to this day.  I do know that his family had suffered many losses during the past several years.  His losses were during the pandemic, a very unprecedented time.   Was he experiencing any depression?  Was he experiencing any ongoing PTSD from his younger years?  Did he just happen to get mixed up with the wrong crowd?  These are questions only Ty Gerard can answer.  What doesn't surprise me is to hear that he admitted his wrongdoing and his remorse.  He is a smart, giving, loving, hard-working young man that deserves a second chance in life.  He loves his family, and his family loves him.  He wants to do better, and the Ty Gerard I know will.

Thank you for taking the time to read this.  I ask that you please see the good in Ty Gerard when making your sentencing determination.

Sincerely,

Joelle M. Coss

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                  CASE NO.: 1:20-CR-183-

v.

                                  HON. ROBERT J. JONKER

TY GERARD GARBIN,

      Defendant.

---

**ATTACHMENT S – Letter of Support
Cameron Herron [Mr. Garbin's Friend]**

---

Dear Honorable Robert J. Jonker,

My name is Cameron Herron, and I have been a friend of Ty Garbin for nearly a decade now. I am a recent graduate from Eastern Michigan University with a bachelor's degree in Business Administration with a focus on management. During my time at Eastern Michigan University I was part of the recreational weightlifting club, and vice president of RAC, an organization for students that worked for campus recreation such as myself. Since graduating, I am currently a regional assistant manager at four separate locations for The Vitamin Shoppe across the state of Michigan.

I have known Ty Garbin since my Sophomore year in high school back in 2011, where we met each other in our machine shop class. We swiftly became friends in class and the rest is history. We began hanging out after school almost every weekend for the next three years until graduation. During the time of our high school days I had the pleasure to become acquainted with Tys mother, father, grandparents, and soon to be one of my other closest friends, his brother Justin Garbin. I still am in contact with Justin Garbin on a regular basis, and although I was never given a brother from my parents, I know that with Ty and Justin I finally had the brothers I always had wanted.

If I had to describe Ty Garbin in a few select words they would be caring, funny, and passionate. My reason for these choice words are that whenever I was with Ty I was always laughing. You could tell Ty was someone who once he wanted to learn how to do something he set his mind to it, and would teach himself whatever he needed to reach his goals. To say how caring he was to me as a friend I would have to write you dozens of pages. During high school when my mother was initially going through her first round of breast cancer, Ty was always there for me and asked how she was doing almost every day. After graduation we didn't speak as often as I would have liked looking back, but I understand everyone gets a little busy. However, my favorite memory of Ty that speaks volume of who he is was in October of 2019 at my mothers funeral. Although we had not seen each other for quite some time, he showed up out of respect for me and all the memories he had with my family as well. We gave each other a big hug and for the next few hours we spoke of nothing but our fond memories we had growing up, and I knew that I had made the right choice of becoming his close friend many years ago.

Sincerely,

Cameron W. Herron

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                  CASE NO.: 1:20-CR 183-

v.

                                  HON. ROBERT J. JONKER

TY GERARD GARBIN,

     Defendant.

---

**ATTACHMENT T – ATF Letter to Ty Garbin Dated July 27, 2020**

---



**DEPARTMENT OF JUSTICE**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Martinsburg, WV 25405*

July 27, 2020

Garbin, Ty





File Number: ▮▮▮▮▮▮

Dear Sir:

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) recently received your name and identifying information as a prospective Responsible Person (RP) on a Federal Firearms license. Before adding you as a RP to this license, ATF is required to conduct a criminal records check through the Federal Bureau of Investigation (FBI) and the National Crime Information Center (NCIC).

The FBI/NCIC forwarded to us information that indicated you are prohibited from possessing firearms. Therefore, you are prohibited from possessing a federal firearms license pursuant to Title 27 Code of Federal Regulations, Section 478.47(b)(2). Unless additional information is received by ATF and validated, e.g. to include restoration of firearm rights, pardon, expungement, for example, you are prohibited from being a RP on any Federal firearms license and prohibited from possessing firearms. Please submit any additional information available about your prohibiting record to:

> Bureau of ATF
> Federal Firearms Licensing Center
> 244 Needy Road
> Martinsburg, WV 25405

If the requested item(s) or information is not returned to this office, ATF, 244 Needy Road, Martinsburg, WV 25405, within 30 days, your application for a Federal firearms license will be considered abandoned and your fee, if submitted, will be refunded. Thank you for your assistance in this matter. If you have any questions, please call 866-662-2750.

Sincerely,

*Tracey Robertson*

Tracey Robertson
Chief, Federal Firearms Licensing Center