UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
August 18, 2021 4:15 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc   SCANNED BY: TS 8/19/21

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.: 1:20-CR-183-

v.

HON. ROBERT J. JONKER

TY GERARD GARBIN,

    Defendant.

---

**ATTACHMENT A – Sentencing Mitigation Video**

---

