UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - -

UNITED STATES OF AMERICA,

         Plaintiff,                    No. 1:20-CR-183

      vs.                            Hon. Robert J. Jonker
                                            Chief United States District Judge

TY GERARD GARBIN,

         Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on January 27, 2021, Defendant Ty Gerard Garbin pleaded guilty to the Indictment, which charges him with kidnapping conspiracy, in violation of 18 U.S.C. § 1201(c). The forfeiture allegation of the Indictment placed the Defendant on notice that upon conviction of the Indictment, the United States would seek to forfeit any firearms and ammunition involved in or used in the offense. On March 30, 2021, a Bill of Particulars for Forfeiture of Property was filed, stating with particularity property subject to forfeiture, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (R. 171; PageID.943-960);

WHEREAS, pursuant to his guilty plea and plea agreement, the Defendant has consented to the forfeiture of his interest in the following property, listed in the Bill of Particulars for Forfeiture of Property:

| CATS ID 21-FBI-000523 (Defendant Ty Gerard Garbin) | | | |
|---|---|---|---|
| 1B | Item | Seizure Date | Seizure Location |
| 1B26 | Sig Sauer 9mm magazine | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B33 | Ammunition | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B37 | Pietta (F.LLI Pietta, Fabrica D'Armi) Importer: Cabela's LLC Sidney, NE, SA 1873 22LR Revolver, S/N E082509 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B43 | Remington Arms Company, Inc. Seven 243 Rifle, S/N 7700773 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B45 | FNH USA, LLC FNX-45 Tactical, .45 caliber Pistol, S/N FX3U113930 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B46 | Springfield Armory, U.S.A. Military Surplus M1 30 caliber Rifle, S/N 1847727 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B47 | Smith & Wesson SW1911 .45 caliber Pistol, S/N UFA4939 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B48 | Sig Sauer (Sig-Arms) P365 9mm Pistol, S/N 66A372246 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B49 | Taurus Armas Importer: Taurus Miami, Raging Hunter 44 Magnum Revolver, S/N MA511182 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B51 | 80% lower receiver – milled out model JT10 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B54 | Ruger AR-556, .556 caliber Rifle, S/N 856-83585 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B56 | HS Produkt (IM Metal) Springfield Armory (importer) with two magazines, XDS 45 ACP Pistol, S/N S4134024 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B57 | 11 rounds of .45 ammunition from Springfield handgun (1B56) | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B60 | Grand Power S.R.O. with sight Importer: Global Ordnance LLC Sarasota, FL Stribog | 10/07/2020 | 1662 Lansing Ave Hartland, MI |

| 1B | Item | Seizure Date | Seizure Location |
|---|---|---|---|
| | SP9A1 9mm Pistol, S/N GSA1271 | | |
| 1B61 | Russia Importer: PW Arms Redmond, WA Mosin Nagant M91/30 7.62x54 Rifle, S/N 017813 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B62 | Weatherby (imported by Weatherby Inc.) Vanguard 300 Weatherby Mag Rifle, S/N VS119740 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B63 | Dikar Bergara B14 300 Win Rifle, S/N 61-06-206254-16 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B64 | Ruger GP100 .357 Magnum Revolver, S/N 174-79998 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B65 | Taurus BZ Importer: Rossi or BrazTech Miami, FL with scope 243 Win Rifle, S/N SP834829 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B66 | Winchester 1200 12-gauge shotgun, S/N L1285744 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B67 | Smith & Wesson Governor, 45/410 caliber Revolver, S/N DJR 5158 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B68 | Henry Repeating Rifle Company, H010AW .45-70 Gov't Rifle, S/N WFFS09284AW | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B71 | Ruger, unknown model, 17HRM caliber rifle with scope & stand, S/N 83326219 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B72 | CMMG MK 3 308 Rifle, S/N BTS00121 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B74 | Mega Arms LLC with sight, laser and stand, GRT-3S, multi (223/556) caliber Rifle, S/N MBL2614 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B75 | Ruger 10/22 22LR Rifle, S/N 0008-60892 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| B101 | Shotgun barrel | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| **CATS ID 21-FBI-000524 (Defendant Ty Gerard Garbin)** | | | |
| **1B** | **Item** | **Seizure Date** | **Seizure Location** |

3

| 1B2 | Glock 19Gen4 9mm Pistol, S/N BDGE702 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
|---|---|---|---|
| 1B3 | Rock Island Armory ARMSCOR Manu.: ACP Philippines 14Y 22LR Rifle, S/N RIA2116581 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B4 | CMMG Inc. MK47 223/556 Rifle, S/N SWT05327 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B5 | Khan Shotguns (Imported by Mossberg International, Inc.) Silver Reserve 410 Shotgun, S/N TR410009911 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B6 | Silver 9mm silencer S/N WAP69 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B7 | Bronze 30 caliber silencer inscribed with "Ty Garbin" S/N TY001 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B9 | Remington 410 shotgun shells in box SSA | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B15 | Loaded 9mm magazine and 1 CCLA | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B17 | 5.56 magazine | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| **CATS ID 21-FBI-000525 (Defendant Ty Gerard Garbin)** | | | |
| **1B** | **Item** | **Seizure Date** | **Seizure Location** |
| 1B115 | 36 live cartridges Subsonic HP .22 long rifle | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B116 | 9 live cartridges, .410 caliber | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |

4

| | | | |
|---|---|---|---|
| 1B117 | 401 live cartridges .22 caliber | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B121 | Empty pro magazine, 1 live cartridge 12-gauge, 2 223 live cartridges and 1 LG17 live cartridge with a green tip, 1 live 9mm, 5 .22 caliber | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B122 | Smith & Wesson with loaded mag, M&P 9, 9mm handgun, S/N DXM5938 | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B123 | Thirty-four (34) 9mm live cartridges | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B124 | Two (2) 9mm magazines | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B126 | Kimber with loaded mag, Micro 9, 9mm handgun, S/N PB0074136 | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B127 | One (1) 9mm magazine | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B128 | Seven (7) 9mm live cartridges | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B132 | One (1) 22 live cartridge | 10/08/2020 | Property located in Ellsworth Twp., |

| 1B | Item | Seizure Date | Seizure Location |
|---|---|---|---|
| | | | Luther, MI, Property ID 080170050 |
| 1B134 | 190 live cartridges of Magtech 9mm | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B142 | 1 live cartridge | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| **CATS ID 21-FBI-001728 (Defendant Ty Gerard Garbin)** | | | |
| **1B** | **Item** | **Seizure Date** | **Seizure Location** |
| 1B77 | Smith & Wesson M&P 9 9mm Pistol, S/N NBA3301 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B78 | Remington Arms Company, Inc., 870 Tactical 12-gauge shotgun, S/N CC64813D | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B79 | Remington Arms Company, Inc., 700 300 Rem Ultra Rifle, S/N RR23163G | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B80 | Ardesa (imported by Traditions, Deep River, CT) Buckstalker 50 caliber muzzleloader, S/N 14-13-033435-12 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B70 | Enfield unknown model, 308c Rifle, S/N 93L5014 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B59 | Pioneer Arms Co. Importer: Pioneer Arms Co. Deland, FL PS43-C 7.62x25 Rifle, S/N BC01983P | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B39 | Canik55 (importer by CAI ST ALB VT Century Arms) TP-9 9mm Pistol, S/N 18BC14690 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |

6

| | | | |
|---|---|---|---|
| 1B55 | Sons of Liberty Gun Works, M4 Multi (223/556) Rifle, S/N 1776-107391 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B38 | Taurus, Raging Bull .454 Revolver, S/N KY351448 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B76 | Akkar Silah Sanayi Tic. LTD (imported by Charles Daly) Triple Threat 12-gauge shotgun, S/N TC6273 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B69 | Henry Repeating Rifle Company, H010BWL Brass Wildlife .45-70 Gov't Rifle, S/N FFSBWL2063 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B81 | Henry Repeating Rifle Company H002 US Survival 22LR Rifle, S/N US128261B | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B30 | 12 magazines | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B52 | Anderson Manufacturing AM-15 Multi (223/556) Rifle, S/N 18072885 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B58 | Ruger 10/22 22LR Rifle, S/N 0012-49326 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B32 | Loaded magazines | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |
| 1B44 | Century Arms International R1A1 308 caliber Rifle, S/N 108115 or 009041 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B40 | HWM (Weihrauch, Hermann) EAB (importer EAA Corp.) EA/R Windicator .357 Magnum Revolver, S/N 1043388 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B82 | Mossberg International 590 12-gauge Shotgun, S/N V0931946 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B84 1B86 1B107 | CCLA and SSLA | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B87-88 1B90-93 1B95-99 | CCLA and SSLA ammunition in 11 containers | 10/07/2020 | 1662 Lansing Ave Hartland, MI |

| | | | |
|---|---|---|---|
| 1B102 | 12 magazines with CCLA | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |
| 1B109 | 6 long gun magazines with ammunition | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |
| 1B110 | 1 magazine with CCLA | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |

(hereinafter the "Subject Property");

WHEREAS, the Defendant agreed in his plea agreement that the Subject Property was involved and used in his criminal activity in violation of 18 U.S.C. § 1201(c), and is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

WHEREAS, based on Defendant's guilty plea and plea agreement, this Court finds that the Subject Property was involved in and used in Defendant's violation of 18 U.S.C. § 1201(c); and

WHEREAS, this Court finds that Defendant had an interest in the Subject Property, and that the Government has established the requisite nexus between the same and the violation of 18 U.S.C. § 1201(c).

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Subject Property is hereby forfeited to the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation and/or its designee seize the Subject Property and dispose of the same in accordance with applicable law and regulations.

IT IS FURTHER ORDERED that notice of this forfeiture shall be published in

accordance with 21 U.S.C. § 853(n)(1).

IT IS FURTHER ORDERED that any third party wishing to assert an interest in the Subject Property must petition the Court in accordance with 21 U.S.C. § 853(n)(2) and (3).

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), this Order of Forfeiture shall become final as to Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

Dated: August 25, 2021

/s/ Robert J. Jonker
ROBERT J. JONKER
Chief United States District Judge