# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. TY GERARD GARBIN | | | | DISTRICT JUDGE: Robert J. Jonker |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:20-CR-183-03 | 8/25/2021 | 4:00 - 4:50 p.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Nils R. Kessler/Austin Jacob Hakes | Nicole Springstead-Stolte<br>Gary K. Springstead/Mark A. Satawa | Retained |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute  ☐ nolo contendre
  - ☐ not guilty  ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention  (waived ___)
- ☐ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ✓ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
- ☐ Read  ☐ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

| | |
|---|---|
| Imprisonment: 75 months | Plea Agreement Accepted: ✓ Yes ☐ No |
| Probation: | Defendant informed of right to appeal: ✓ Yes ☐ No |
| Supervised Release: 3 years | Counsel informed of obligation to file appeal: ✓ Yes ☐ No |
| Fine: $ 2,500.00 | Conviction Information: |
| Restitution: $ | Date: 1/27/21 |
| Special Assessment: $ 100.00 | By: Plea |
| | As to Count (s): Indictment |

**ADDITIONAL INFORMATION:**
Government motion (272) and defense motion (274) granted.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |