1:20-CR-183-03  
U.S. v. Ty Gerard Garbin

ATTACHMENT

| CATS ID 21-FBI-000523 (Defendant Ty Gerard Garbin) | | | |
|---|---|---|---|
| 1B | Item | Seizure Date | Seizure Location |
| 1B26 | Sig Sauer 9mm magazine | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B33 | Ammunition | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B37 | Pietta (F.LLI Pietta, Fabrica D'Armi) Importer: Cabela's LLC Sidney, NE, SA 1873 22LR Revolver, S/N E082509 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B43 | Remington Arms Company, Inc. Seven 243 Rifle, S/N 7700773 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B45 | FNH USA, LLC FNX-45 Tactical, .45 caliber Pistol, S/N FX3U113930 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B46 | Springfield Armory, U.S.A. Military Surplus M1 30 caliber Rifle, S/N 1847727 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B47 | Smith & Wesson SW1911 .45 caliber Pistol, S/N UFA4939 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B48 | Sig Sauer (Sig-Arms) P365 9mm Pistol, S/N 66A372246 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B49 | Taurus Armas Importer: Taurus Miami, Raging Hunter 44 Magnum Revolver, S/N MA511182 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B51 | 80% lower receiver – milled out model JT10 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B54 | Ruger AR-556, .556 caliber Rifle, S/N 856-83585 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B56 | HS Produkt (IM Metal) Springfield Armory (importer) with two magazines, XDS 45 ACP Pistol, S/N S4134024 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B57 | 11 rounds of .45 ammunition from Springfield handgun (1B56) | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B60 | Grand Power S.R.O. with sight Importer: Global Ordnance LLC Sarasota, FL Stribog | 10/07/2020 | 1662 Lansing Ave Hartland, MI |

| | | | |
|---|---|---|---|
| | SP9A1 9mm Pistol, S/N GSA1271 | | |
| 1B61 | Russia Importer: PW Arms Redmond, WA Mosin Nagant M91/30 7.62x54 Rifle, S/N 017813 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B62 | Weatherby (imported by Weatherby Inc.) Vanguard 300 Weatherby Mag Rifle, S/N VS119740 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B63 | Dikar Bergara B14 300 Win Rifle, S/N 61-06-206254-16 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B64 | Ruger GP100 .357 Magnum Revolver, S/N 174-79998 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B65 | Taurus BZ Importer: Rossi or BrazTech Miami, FL with scope 243 Win Rifle, S/N SP834829 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B66 | Winchester 1200 12-gauge shotgun, S/N L1285744 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B67 | Smith & Wesson Governor, 45/410 caliber Revolver, S/N DJR 5158 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B68 | Henry Repeating Rifle Company, H010AW .45-70 Gov't Rifle, S/N WFFS09284AW | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B71 | Ruger, unknown model, 17HRM caliber rifle with scope & stand, S/N 83326219 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B72 | CMMG MK 3 308 Rifle, S/N BTS00121 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B74 | Mega Arms LLC with sight, laser and stand, GRT-3S, multi (223/556) caliber Rifle, S/N MBL2614 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B75 | Ruger 10/22 22LR Rifle, S/N 0008-60892 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| B101 | Shotgun barrel | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| **CATS ID 21-FBI-000524 (Defendant Ty Gerard Garbin)** | | | |
| **1B** | **Item** | **Seizure Date** | **Seizure Location** |

2

| 1B2 | Glock 19Gen4 9mm Pistol, S/N BDGE702 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
|---|---|---|---|
| 1B3 | Rock Island Armory ARMSCOR Manu.: ACP Philippines 14Y 22LR Rifle, S/N RIA2116581 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B4 | CMMG Inc. MK47 223/556 Rifle, S/N SWT05327 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B5 | Khan Shotguns (Imported by Mossberg International, Inc.) Silver Reserve 410 Shotgun, S/N TR410009911 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B6 | Silver 9mm silencer S/N WAP69 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B7 | Bronze 30 caliber silencer inscribed with "Ty Garbin" S/N TY001 | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B9 | Remington 410 shotgun shells in box SSA | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B15 | Loaded 9mm magazine and 1 CCLA | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| 1B17 | 5.56 magazine | 10/07/2020 | 2020 Ford F150 at 1662 Lansing Ave Hartland, MI |
| **CATS ID 21-FBI-000525 (Defendant Ty Gerard Garbin)** | | | |
| **1B** | **Item** | **Seizure Date** | **Seizure Location** |
| 1B115 | 36 live cartridges Subsonic HP .22 long rifle | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B116 | 9 live cartridges, .410 caliber | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |

| 1B117 | 401 live cartridges .22 caliber | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
|---|---|---|---|
| 1B121 | Empty pro magazine, 1 live cartridge 12-gauge, 2 223 live cartridges and 1 LG17 live cartridge with a green tip, 1 live 9mm, 5 .22 caliber | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B122 | Smith & Wesson with loaded mag, M&P 9, 9mm handgun, S/N DXM5938 | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B123 | Thirty-four (34) 9mm live cartridges | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B124 | Two (2) 9mm magazines | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B126 | Kimber with loaded mag, Micro 9, 9mm handgun, S/N PB0074136 | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B127 | One (1) 9mm magazine | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B128 | Seven (7) 9mm live cartridges | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B132 | One (1) 22 live cartridge | 10/08/2020 | Property located in Ellsworth Twp., |

| 1B | Item | Seizure Date | Seizure Location |
|---|---|---|---|
| | | | Luther, MI, Property ID 080170050 |
| 1B134 | 190 live cartridges of Magtech 9mm | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| 1B142 | 1 live cartridge | 10/08/2020 | Property located in Ellsworth Twp., Luther, MI, Property ID 080170050 |
| **CATS ID 21-FBI-001728 (Defendant Ty Gerard Garbin)** | | | |
| **1B** | **Item** | **Seizure Date** | **Seizure Location** |
| 1B77 | Smith & Wesson M&P 9 9mm Pistol, S/N NBA3301 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B78 | Remington Arms Company, Inc., 870 Tactical 12-gauge shotgun, S/N CC64813D | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B79 | Remington Arms Company, Inc., 700 300 Rem Ultra Rifle, S/N RR23163G | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B80 | Ardesa (imported by Traditions, Deep River, CT) Buckstalker 50 caliber muzzleloader, S/N 14-13-033435-12 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B70 | Enfield unknown model, 308c Rifle, S/N 93L5014 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B59 | Pioneer Arms Co. Importer: Pioneer Arms Co. Deland, FL PS43-C 7.62x25 Rifle, S/N BC01983P | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B39 | Canik55 (importer by CAI ST ALB VT Century Arms) TP-9 9mm Pistol, S/N 18BC14690 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |

| | | | |
|---|---|---|---|
| 1B55 | Sons of Liberty Gun Works, M4 Multi (223/556) Rifle, S/N 1776-107391 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B38 | Taurus, Raging Bull .454 Revolver, S/N KY351448 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B76 | Akkar Silah Sanayi Tic. LTD (imported by Charles Daly) Triple Threat 12-gauge shotgun, S/N TC6273 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B69 | Henry Repeating Rifle Company, H010BWL Brass Wildlife .45-70 Gov't Rifle, S/N FFSBWL2063 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B81 | Henry Repeating Rifle Company H002 US Survival 22LR Rifle, S/N US128261B | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B30 | 12 magazines | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B52 | Anderson Manufacturing AM-15 Multi (223/556) Rifle, S/N 18072885 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B58 | Ruger 10/22 22LR Rifle, S/N 0012-49326 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B32 | Loaded magazines | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |
| 1B44 | Century Arms International R1A1 308 caliber Rifle, S/N 108115 or 009041 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B40 | HWM (Weihrauch, Hermann) EAB (importer EAA Corp.) EA/R Windicator .357 Magnum Revolver, S/N 1043388 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B82 | Mossberg International 590 12-gauge Shotgun, S/N V0931946 | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B84 1B86 1B107 | CCLA and SSLA | 10/07/2020 | 1662 Lansing Ave Hartland, MI |
| 1B87-88 1B90-93 1B95-99 | CCLA and SSLA ammunition in 11 containers | 10/07/2020 | 1662 Lansing Ave Hartland, MI |

| 1B102 | 12 magazines with CCLA | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |
| 1B109 | 6 long gun magazines with ammunition | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |
| 1B110 | 1 magazine with CCLA | 10/07/2020 | 1662 Lansing Ave., Hartland, MI |