UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:20-cr-183

    HON. ROBERT J. JONKER

TY GERARD GARBIN,

    Defendant.
_____/

## ORDER

Before the Court is the government's motion to reduce sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure (ECF No. 732). Defendant filed a response (ECF No. 752). This Court imposed a sentence for defendant on August 25, 2021, of 75 months.

Based on the government's representations of substantial assistance provided to them by defendant; the Court's independent assessment of the value of the assistance; the defendant's response; and all other pertinent factors under *United States v. Grant*, 636 F.3d 803 (6th Cir. 2011) (*en banc*), defendant's sentence is hereby reduced from 75 months to 30 months. All other terms and conditions of this Court's judgment remain the same.

    **IT IS SO ORDERED**.

Dated:   September 16, 2022        /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE