PROB 22 (Rev. 10/13)

| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)*<br>1:20:CR:183-3 |
|---|---|
| | DOCKET NUMBER *(Receiving Court)* |

| NAME AND ADDRESS OF<br>PROBATIONER/SUPERVISED RELEASEE<br><br>TY GERARD GARBIN | DISTRICT<br><br>WESTERN DISTRICT OF<br>MICHIGAN | DIVISION<br><br>SOUTHERN |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br><br>HONORABLE ROBERT J. JONKER | |
|---|---|---|
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>11/24/2022 | TO<br>11/23/2025 |

OFFENSE
18 U.S.C. § 1201(c) - Conspiracy to Kidnap

---

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **EASTERN DISTRICT OF MICHIGAN** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 6, 2023
_____
Date

/s/ Robert J. Jonker
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Effective Date

_____
United States District Judge